

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-20-00175-CR

Trial Court Cause
Number:      0917568

Style:      Earnest James Dudley

     v. The State of Texas

Date motion filed*:      November 29, 2021

Type of motion:      Motion for Rehearing

Party filing motion:

Document to be filed:

Is appeal accelerated? ☐ YES     ☐ NO

Ordered that motion is:

     ☐ Granted

         If document is to be filed, document due:

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☒ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Sherry Radack
         ☐ Acting individually     ☒ Acting for the Court

Panel consists of    Chief Justice Radack and Justices Rivas-Molloy and Guerra

Date: December 14, 2021